IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GEORGE MERCIER,  \*
       Plaintiff
v.  \*  CIVIL ACTION NO. AMD-06-229

JOHN NEGROPONTE, et al.,  \*
       Defendants
\*\*\*\*\*\*

MEMORANDUM

George Mercier, a resident of Las Vegas, Nevada, filed this civil action on January 26, 2006, against the Director of National Intelligence, John Negroponte, the Las Vegas Metro Police, the Las Vegas City Attorney, and the United States Social Security Administration. Plaintiff describes a broad conspiracy in which defendants have contrived to steal plaintiff's identity. He seeks the return of items of personal property allegedly stolen by defendants and asks that the Las Vegas Police "recapture the stolen identification." Paper No. 1. Plaintiff's complaint is accompanied by a motion for leave to proceed *in forma pauperis* (Paper No.2), which shall be granted.

Because the plaintiff has been granted leave to proceed *in forma pauperis*, this court may review the claims raised in the complaint before service of process and dismiss the complaint *sua sponte* if it has no factual or legal basis. *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see also Denton v. Hernandez*, 504 U.S. 25, 32 (1992); *Cochran v. Morris*, 73 F.3d 1310, 1315 (4th Cir. 1996); *Nasim v. Warden*, 64 F.3d 951, 955 (4th Cir. 1995). This court may dismiss plaintiff's complaint prior to service "if satisfied that the action is frivolous or malicious." 28 U.S.C. S 1915(e). As explained by the Supreme Court in *Neitzke*: "Examples of [factually baseless lawsuits] are claims describing fantastic or delusional scenarios, with which federal district judges are all too familiar." *Neitzke v. Williams*, 490 U.S. at 328.

Plaintiff's complaint presents a fantastic and delusional scenario in which the Director of

National Intelligence has conspired with the Las Vegas Police and City Attorney to steal plaintiff's identify. The complaint has no basis in fact. Accordingly, the complaint shall be dismissed pursuant to 28 U.S.C. § 1915(e). A separate Order follows.

Filed: March 21, 2006    \_\_/s/_____
                        Andre M. Davis
                        United States District Judge